IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01892-BNB

KYLE LEE HOUSTON,

Plaintiff,

v.

DIST. ATT. ROBERT BOB WATSON,
C.D.O.C. DIR. ARISTEDES ZAVARAS,
C.D.O.C. MED. DIR. BARRY PARDUS,
S.C.F. WARDEN MILYARD,
S.C.F. MEDICAL BEV DAVIS,
S.C.F. LT. PAGE,
S.C.F. LT. HARRIS,
S.C.F. LT. THOMAS,
S.C.F. SGT. SIMPSON,
S.C.F. DOG HANDLER SOLO,
C.D.O.C. DOG DARWIN,
A.V.C.F. WARDEN ARELLANO,
A.V.C.F. INVESTIGATOR II KURTZ,
A.V.C.F. MEDICAL MICHELL NELSON, and
C.M.H.I.P. HOSPITAL DR. HUBERT SERVIS,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 7 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Kyle Lee Houston, initiated the instant action, he was in the custody of the Colorado Department of Corrections (DOC) and was incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. On October 5, 2010, Mr. Houston submitted to the Court a Notice of Change of Address indicating that as of October 4, 2010, he no longer is in the custody of the DOC and now is residing in Denver,

Colorado.

Mr. Houston's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether she qualifies for *in forma pauperis* status. See **Whitney v. New Mexico**, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); see also **McGore v. Wrigglesworth**, 114 F.3d 601, 612-13 (6th Cir. 1997); **In re Prison Litigation Reform Act**, 105 F.3d 1131, 1138-39 (6th Cir. 1997); **McGann v. Commissioner, Soc. Sec. Admin.**, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Houston will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Houston may elect to pay the remaining balance of the $350.00 filing fee ($289.00) to pursue his claims in this action. Accordingly, it is

ORDERED that within thirty days from the date of this Order Mr. Houston submit to the Court an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Houston may elect to pay the remaining balance of the $350.00 filing fee($289.00) to pursue his claims in this action. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Houston, together with a copy of this Order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form used by nonprisoners in submitting requests to proceed pursuant to § 1915. It is

FURTHER ORDERED that if Mr. Houston fails to comply with the instant Order, within thirty days of the date of the Order, the Complaint and action will be dismissed without further notice.

DATED October 7, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01892-BNB

Kyle Lee Houston
3620 Holly Street
Denver, CO 80207

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 10/7/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk