IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01892-MSK-CBS

KYLE LEE HOUSTON,

    Plaintiff,

v.

C.D.O.C. DIRECTOR ARISTEDES ZAVARAS,
C.D.O.C MEDICAL DIRECTOR BARRY PARDUS,
S.C.F. WARDEN MILYARD,
S.C.F. LIEUTENANT PAGE,
S.C.F. HARRIS,
S.C.F. THOMAS,
S.C.F. MEDICAL BEV DAVIS,
S.C.F. SGT. SIMPSON,
S.C.F. DOG HANDLER SOLO,
A.V.C.F. WARDEN ARELLANO,
A.V.C.F. INVESTIGATOR II KURTZ,
A.V.C.F. MEDICAL MICHELL NELSON, and
C.M.H.I.P. HOSPITAL DR. HUBERT SERVIS.

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of

service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 29th day of December, 2010.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01892-MSK-CBS

Kyle Lee Houston
Doc No. 62173
3620 Holly St.
Denver, CO 80207

Director Aristedes Zavaras, Medical Director Barry Pardus, Warden Milyard,
Lt. Page, S.C.F. Harris, Thomas, Medical Bev Davis, Sgt. Simpson,
Dog Handler Solo, Warden Arellano, Investigator II Kurtz, Medical Michell Nelson and
Dr. Hubert Servis- **WAIVER***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on Director Aristedes Zavaras, Medical Director Barry Pardus, Warden Milyard, Lt. Page, S.C.F. Harris, Thomas, Medical Bev Davis, Sgt. Simpson, Dog Handler, Solo, Warden Arellano, Investigator II Kurtz, Medical Michell Nelson and Dr. Hubert Servis: AMENDED COMPLAINT FILED 10/20/10, ORDER TO DISMISS AND DRAW FILED 12/16/10, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 12/30/10.

                                          GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                       Deputy Clerk