**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 10-cv-01892-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** April 5, 2011 | **Courtroom Deputy:** Linda Kahoe |

KYLE LEE HOUSTON,                      Brice A. Tondre

    Plaintiff,

v.

ARISTEDES ZAVARAS, *et al.,*            Jennifer Susan Huss

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**     **PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**     **9:58 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Leave to File Third Amended Complaint and Jury Demand, doc #[36], filed 3/24/2011.

Ms. Huss states no objection.

**ORDERED:**     Plaintiff's Motion for Leave to File Third Amended Complaint and Jury Demand, doc #[36], is **GRANTED**. The Third Amended Complaint, doc #[36-1] is **DEEMED FILED AS OF TODAY'S DATE.**

**ORDERED:**     Defendants' Motion to Dismiss, doc #[35], is **DENIED AS MOOT**.

**ORDERED:**     Counsel shall provide Rule 26(a) disclosures on or before **MAY 18, 2011.**
                    Counsel shall hold a Rule 26(f) conference at their convenience.
                    A Scheduling Conference is set for Friday, **MAY 27, 2011 at 9:15 a.m.**
                    Proposed Scheduling Order is due on or before **MAY 23, 2011.**
                    Confidential Settlement Statements shall be submitted on or before **MAY 23, 2011.**

*The settlement statements must describe, in detail, the strengths and weaknesses of the case. In addition, each party shall indicate a specific dollar amount it is willing to offer or accept in settlement. As a matter of professional courtesy, the parties are REQUIRED to respond to a demand or offer of settlement.*

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL

Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.
**Court in recess:      10:11 a.m.**
Total time in court:    00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.