IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   10-cv-01892-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:               May 8, 2013 | Courtroom Deputy:    Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| KYLE LEE HOUSTON, | Brice A. Tondre |
| Plaintiff, | |
| v. | |
| MILYARD, *et al.*, | Lisa Amatangel |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:       11:04 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff Kyle Lee Houston appears by telephone. Defendant Jean Pagette appears *Pro Se*.

Discussion between the court and Mr. Houston regarding releasing Mr. Tondre as his counsel. Plaintiff raises issues regarding having effective representation.  Mr. Houston requests Mr. Tondre remains as his counsel.

Discussion between the court and Mr. Houston regarding his *pro se* filings, Docs. # 67 , # 72 and # 78.  The court advises Mr. Houston it is improper to file documents in his case when he is represented by counsel.

Mr. Houston discusses his request to be released from custody.  The court advises Plaintiff that the only claims before the court are those included in his Third Amended Complaint.

**ORDERED:** Within two weeks from today's date, Mr. Tondre shall consult with his client and file a clear definitive statement with Mr. Houston's concurrence that he wishes to be represented by Mr. Tondre and that because he is represented, Mr. Houston understands he does not have the right to file

       any more documents *pro se.* Alternatively, if Mr. Tondre wishes to withdraw from the case, within two weeks from today's date he shall file a motion seeking leave to withdraw, or Mr. Houston shall take the affirmative step to discharge Mr. Tondre as his counsel. If Mr. Houston no longer wants Mr. Tondre to represent him, the court will attempt to replace counsel but cannot guarantee substitute counsel will be found.

**ORDERED:**  Plaintiff's MOTION to Reopen His Administratively Closed Case [Doc. No. 62, filed November 14, 2012] is **GRANTED**.

**ORDERED:**  Plaintiff's Emergency MOTION to Stop [Doc. No. 67, filed December 7, 2012], (Emergency) MOTION to Hear, and Settle the Plaintiff Claim Immediately, Through a Jury [Doc. No. 72, filed January 15, 2013], (Emergency) MOTION to Hear, and Settle the Plaintiff Claim Immediately, Through a Jury [Doc. No. 78, filed January 22, 2013] are **DENIED WITHOUT PREJUDICE**. These motions were improperly filed by *pro se* Plaintiff instead of by his counsel.

**ORDERED:**  The court finds Defendants' Motion to Strike Unauthorized Pleadings [Doc. No. 77, filed January 17, 2013] a misnomer and is **DENIED.**

HEARING CONCLUDED.
**Court in recess:**  **11:51 a.m.**
Total time in court:  00:47

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.