IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-01892-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: August 12, 2013 | Courtroom Deputy: Courtni Covington |

*Counsel:*

*Parties:*

KYLE LEE HOUSTON,					Brice A. Tondre

    Plaintiff,

v.

JEAN PAGETTE, *et al.,*				Lisa Amatangel

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:	1:38 p.m.**
Court calls case. Appearances of counsel and Plaintiff Kyle Lee Houston. *Pro se* Defendant Jean Pagette does not appear.

Discussion regarding Plaintiff's **MOTION to Transfer Case** [Doc. No. 100, filed 5/31/2013] and Plaintiff's continuance of filing documents when he is represented by counsel. The court notes it has no jurisdiction, and therefore cannot enter an injunction, over non-parties or parties who do not have custody over the Plaintiff.

The court addresses Mr. Houston regarding whether or not he wants Mr. Tondre to continue to represent him in the case. The court notes it will not communicate directly with Mr. Houston when Mr. Tondre is counsel of record and that Mr. Houston cannot continue to file documents.

Further discussion regarding Mr. Tondre representing him and the case previously being administratively closed. Mr. Houston states he wishes for Mr. Tondre to remain as counsel of record.

**ORDERED:**	Plaintiff's MOTION to Transfer Case [Doc. No. 100, filed 5/31/2013] is **DENIED** to the extent that it seeks to transfer the case and notes it should never have been filed as Mr. Houston is not a pro se party.

Discussion regarding setting new discovery deadlines and the filing of a proposed scheduling order. The court notes that Mr. Tondre should determine what discovery should be pursued on behalf on Mr. Houston related to claims in the Third Amended Complaint

**ORDERED:**     A Scheduling Conference is set for **September 27, 2013 at 10:00 a.m.** The parties shall submit a proposed scheduling order **no later than September 9, 2013**.

The court addresses Mr. Houston regarding moving the case along most efficiently.

HEARING CONCLUDED.
**Court in recess:**     **2:21 p.m.**
Total time in court:    00:43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.