IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-01892-MSK-CBS

KYLE LEE HOUSTON,

        Plaintiff,

v.

JEAN PAGETTE DOC#93833
S.C.F. WARDEN MILYARD;
S.C.F. LIEUTENANT PAGE;
S.C.F. LIEUTENANT HARRIS;
S.C.F. MEDICAL BEV DOWIS;
A.V.C.F. WARDEN ARELLANO;
A.V.C.F. MEDICAL MICHELLE NELSON; and,
C.M.H.I.P. HOSPITAL DR. HUBERT SERIVS,

        Defendants.

## JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #147)** filed on March 30, 2015, granting the Defendants' Motion for Summary Judgment (**Doc. #126**), it is

ORDERED that:

Judgment is entered against the plaintiff and in favor of defendants Milyard, Page, Harris, Dowis, Nelson, and Servis on all claims asserted against them.

ORDERED that costs are awarded to the named defendants only in the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated this 31st day March, 2015.

                                            ENTERED FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK


                                            s/Patricia Glover
                                               Deputy Clerk