IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-01892-MSK-CBS

KYLE LEE HOUSTON,

       Plaintiff,

v.

**JEAN PAGETTE DOC#93833**
S.C.F. WARDEN MILYARD;
S.C.F. LIEUTENANT PAGE;
S.C.F. LIEUTENANT HARRIS;
S.C.F. MEDICAL BEV DOWIS;
**A.V.C.F. WARDEN ARELLANO;**
A.V.C.F. MEDICAL MICHELLE NELSON; and,
C.M.H.I.P. HOSPITAL DR. HUBERT SERIVS,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Orders by Chief Judge Marcia S. Krieger (**Doc. #164, #172**) filed on July 21 and October 1, 2015, dismissing the claims of the remaining defendants Arellano and Pagette, it is

ORDERED that:

Judgment is entered against the plaintiff and in favor of defendants Arellano and Pagette. All claims against these remaining defendants are dismissed.

The case is closed.

Dated this 1st day October, 2015.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK


s/Patricia Glover
  Deputy Clerk